**Joseph Frederick MOORE, Petitioner–Appellant,**

v.

**H.R. POWELL, Warden, Respondent–Appellee.**

**No. 01–7870.**

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 13, 2002.

Decided March 11, 2002.

Joseph Frederick Moore, Appellant Pro Se. Leah Ann Darron, Assistant Attorney General, Richmond, Virginia, for Appellee.

Before WIDENER and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Joseph Frederick Moore seeks to appeal the district court's orders (1) denying his Fed.R.Civ.P. 60(b) motion for relief from the judgment dismissing his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001), as untimely; and (2) denying his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Moore v. Powell*, No. CA–97–595–3 (E.D. Va. filed Apr. 30, 2001 & entered May 1, 2001; Oct. 5, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*